IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| The Pricing Cloud, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Logistics Capital & Strategy, LLC,<br><br>*Defendant.* | Case No. 1:18-cv-00130 (LMB/IDD) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41, the parties hereto, by their respective undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of all claims, counterclaims, and affirmative defenses in this action. Each party shall bear its own costs and fees.

| ODIN, FELDMAN & PITTLEMAN, P.C. | BERENZWEIG LEONARD LLP |
|---|---|
| /s/ Margaret M. Marks<br>Margaret M. Marks, VSB No. 76819<br>James P. Miller, VSB No. 78813<br>ODIN, FELDMAN & PITTLEMAN, P.C.<br>1775 Wiehle Avenue, Suite 400<br>Reston, Virginia 20190<br>(703) 218 2156 (Ms. Marks)<br>(703) 218-2154 (Mr. Miller)<br>(703) 218-2160 (Facsimile)<br>Margaret.Marks@ofplaw.com<br>Jim.Miller@ofplaw.com<br><br>*Counsel for The Pricing Cloud, LLC* | /s/ Clyde E. Findley<br>Declan Leonard, VSB No. 40292<br>Clyde E. Findley VSB No. 48277<br>Berenzweig Leonard LLP<br>8300 Greensboro Drive, Suite 1250<br>McLean, VA 22102<br>Telephone: (703) 760-0402<br>Facsimile: (703) 462-8674<br>dleonard@berenzweiglaw.com<br>cfindley@berenzweiglaw.com<br><br>*Counsel for Logistics Capital & Strategy, LLC* |

So Ordered

/s/
Leonie M. Brinkema
United States District Judge 4/6/18

- 1 -